```
                    IN THE UNITED STATE BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re    Brianna M. Lora                )   Chapter 13
                                            )
             Debtor                         )   No.17-10009-SR
                                            )
                                            )
```

### CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor