| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-10009-AMC**

BRIANNA M LORA
1335 W. OAK STREET
NORRISTOWN  PA    19401

Petition Filed Date: 01/03/2017
341 Hearing Date: 03/03/2017
Confirmation Date: 07/26/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $500.00 | | 02/06/2019 | $250.00 | | 03/04/2019 | $250.00 | |
| 04/02/2019 | $250.00 | | 05/06/2019 | $250.00 | | 06/10/2019 | $250.00 | |
| 07/08/2019 | $250.00 | | 08/07/2019 | $250.00 | | 09/05/2019 | $250.00 | |
| 10/07/2019 | $250.00 | 6232813000 | 11/04/2019 | $250.00 | 6307768000 | 12/09/2019 | $250.00 | 6391329000 |
| 01/06/2020 | $250.00 | 6457029000 | 02/04/2020 | $250.00 | 6534115000 | 03/04/2020 | $250.00 | 6614628000 |
| 04/03/2020 | $250.00 | 6688974000 | 05/04/2020 | $250.00 | 6767124000 | 06/02/2020 | $250.00 | 6837284000 |
| 07/06/2020 | $250.00 | 6915657000 | 08/03/2020 | $250.00 | 6988591000 | | | |

**Total Receipts for the Period: $5,250.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN EXP CENTURION BANK »» 006 | Unsecured Creditors | $9,203.55 | $325.16 | $8,878.39 |
| 9 | AMERICAN HERITAGE FCU »» 009 | Unsecured Creditors | $14,031.95 | $495.76 | $13,536.19 |
| 7 | CAVALRY INVESTMENTS LLC »» 007 | Unsecured Creditors | $1,384.92 | $39.20 | $1,345.72 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $8,213.60 | $290.20 | $7,923.40 |
| 12 | EDUCATIONAL CREDIT MGMT CORP »» 12U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | FIRST JUDICIAL DIST - CLERKofQUARTER »» 011 | Unsecured Creditors | $659.44 | $16.34 | $643.10 |
| 2 | JP MORGAN CHASE BANK NA »» 002 | Unsecured Creditors | $16,889.77 | $596.74 | $16,293.03 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $11,504.65 | $406.45 | $11,098.20 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 010 | Unsecured Creditors | $2,317.58 | $81.89 | $2,235.69 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $2,971.89 | $2,971.89 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 05P | Priority Crediors | $117.78 | $117.78 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE »» 05U | Unsecured Creditors | $5.60 | $0.00 | $5.60 |
| 12 | DAVID M OFFEN ESQUIRE »» 012 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,750.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $9,341.41 | Arrearages: | $0.00 |
| Paid to Trustee: | $941.75 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $466.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.