| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-10009-AMC

| | |
|---|---|
| BRIANNA M LORA | Petition Filed Date: 01/03/2017 |
| 1335 W. OAK STREET | 341 Hearing Date: 03/03/2017 |
| NORRISTOWN  PA    19401 | Confirmation Date: 07/26/2017 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $250.00 | 6457029000 | 02/04/2020 | $250.00 | 6534115000 | 03/04/2020 | $250.00 | 6614628000 |
| 04/03/2020 | $250.00 | 6688974000 | 05/04/2020 | $250.00 | 6767124000 | 06/02/2020 | $250.00 | 6837284000 |
| 07/06/2020 | $250.00 | 6915657000 | 08/03/2020 | $250.00 | 6988591000 | 09/04/2020 | $250.00 | 7064790000 |
| 10/05/2020 | $250.00 | 7139711000 | 11/05/2020 | $250.00 | 7213818000 | 12/07/2020 | $250.00 | 7287029000 |
| 01/04/2021 | $250.00 | 7354073000 | 02/03/2021 | $250.00 | 7430039000 | 03/04/2021 | $250.00 | 7500915000 |
| 04/05/2021 | $250.00 | 7573802000 | 05/03/2021 | $250.00 | 7645328000 | 06/04/2021 | $250.00 | 7721692000 |

**Total Receipts for the Period: $4,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,250.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | AMERICAN EXP CENTURION BANK <br> »» 006 | Unsecured Creditors | $9,203.55 | $655.16 | $8,548.39 |
| 9 | AMERICAN HERITAGE FCU <br> »» 009 | Unsecured Creditors | $14,031.95 | $998.94 | $13,033.01 |
| 7 | CAVALRY INVESTMENTS LLC <br> »» 007 | Unsecured Creditors | $1,384.92 | $93.51 | $1,291.41 |
| 1 | DISCOVER BANK <br> »» 001 | Unsecured Creditors | $8,213.60 | $584.72 | $7,628.88 |
| 12 | EDUCATIONAL CREDIT MGMT CORP <br> »» 12U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | FIRST JUDICIAL DIST - CLERKofQUARTER <br> »» 011 | Unsecured Creditors | $659.44 | $32.59 | $626.85 |
| 2 | JP MORGAN CHASE BANK NA <br> »» 002 | Unsecured Creditors | $16,889.77 | $1,202.43 | $15,687.34 |
| 8 | LVNV FUNDING LLC <br> »» 008 | Unsecured Creditors | $11,504.65 | $819.00 | $10,685.65 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT <br> »» 010 | Unsecured Creditors | $2,317.58 | $164.98 | $2,152.60 |
| 4 | NATIONSTAR MORTGAGE LLC <br> »» 004 | Mortgage Arrears | $2,971.89 | $2,971.89 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE <br> »» 05P | Priority Crediors | $117.78 | $117.78 | $0.00 |
| 5 | PA DEPARTMENT OF REVENUE <br> »» 05U | Unsecured Creditors | $5.60 | $0.00 | $5.60 |
| 12 | DAVID M OFFEN ESQUIRE <br> »» 012 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 17-10009-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $11,641.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,139.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $469.75 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.