United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                   Case No. 17-10009-amc

Brianna M Lora                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                                      Page 1 of 3

Date Rcvd: Feb 23, 2022                     Form ID: 138OBJ                         Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brianna M Lora, 1335 W. Oak Street, Norristown, PA 19401-4256 |
| 13845351 | | Abington Memorial Hospital - Patient Pay, P.O. Box 826580, Philadelphia, PA 19182-6580 |
| 13845352 | + | Acs/college Loan Corp, 14303 Gateway Pl, Poway, CA 92064-7140 |
| 13845353 | + | Aes/lsl Trust, Pob 61047, Harrisburg, PA 17106-1047 |
| 13845356 | + | Bersford Brown, II, 1335 W. Oak Street, Norristown, PA 19401-4256 |
| 14018052 | + | CLC TRUST II/ELT DEUTSCHE BANK on behalf of MHEAC, Keith Coburn, MHEAC d/b/a ASA, 100 Cambridge Street, Suite 1600, Boston, MA 02114-2518 |
| 13872582 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13845361 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13845362 | + | Philadelphia Parking, Red Light Camera Program, 2467 Grant Avenue, Philadelphia, PA 19114-1004 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 24 2022 00:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13891253 | | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:11:51 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13845354 | + | Email/Text: broman@amhfcu.org | Feb 24 2022 00:13:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13845355 | + | Email/PDF: bncnotices@becket-lee.com | Feb 24 2022 00:12:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13941971 | + | Email/Text: megan.harper@phila.gov | Feb 24 2022 00:13:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13901846 | + | Email/Text: bankruptcy@cavps.com | Feb 24 2022 00:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13849935 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 00:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13845358 | + | Email/Text: mrdiscen@discover.com | Feb 24 2022 00:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 30 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14163392 | Email/Text: ECMCBKNotices@ecmc.org | Feb 24 2022 00:13:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13845359 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2022 00:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13845357 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:11:40 | Chase Auto Finance, National Bankruptcy Dept, 201 N Central Ave Ms Az1-1191, Phoenix, AZ 85004 |
| 13860236 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 24 2022 00:22:16 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 13911944 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14025321 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 00:22:18 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13845360 | + Email/Text: bk@lendingclub.com | Feb 24 2022 00:13:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13920995 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 24 2022 00:13:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13872582 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2022 00:13:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13845361 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 24 2022 00:13:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13875261 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 24 2022 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13845363 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:25 | Synchrony Bank/HH Gregg, Po Box 965060, Orlando, FL 32896-5060 |
| 13845364 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 00:22:17 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 25, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 23, 2022 | Form ID: 138OBJ | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Brianna M Lora dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN S. FRANKEL | on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com  cistewart@logs.com |
| LESLIE J. RASE | on behalf of Creditor Nationstar Mortgage LLC pabk@logs.com  lerase@logs.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor JPMORGAN CHASE BANK  N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Brianna M Lora
      Debtor(s)

Case No: 17−10009−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/23/22