**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | <u>BRIANNA M LORA</u> |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: <u>Eastern</u> District of <u>Pennsylvania</u> | |
| Case number <u>17-10009-amc</u> | |

## Form 4100R

# Response to Notice of Final Cure Payment

12/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**  <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>

**Court claim no.** (if known): <u>4</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>8327</u>

**Property address:**  <u>1335 West Oak Street</u>
Number  Street
<u>*Norristown, PA 19401</u>
City      State      ZIP Code

### Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due: 2/1 $1,758.20, 3/1 $1,758.20=$3516.40-$1663.87 suspense    (a) $ <u>1,852.53</u>

b.  Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ <u>625.00</u>

c.  **Total**. Add lines a and b.    (c) $ <u>2,477.53</u>

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    <u>02/01/2022</u>
MM/DD/YYYY

Debtor1   BRIANNA M LORA _____          Case number *(if known)* 17-10009-amc
       First      Middle      Last

**Part 4:**   **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:**   **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/Mario Hanyon _____     Date 03/10/2022
      Signature

Print      Mario Hanyon _____          Title   Attorney _____
      First Name      Middle Name      Last Name

Company   Brock & Scott, PLLC _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    302 Fellowship Road, Ste 130 _____
      Number      Street

      Mount Laurel, NJ 08054 _____
      City      State      ZIP Code

Contact phone   844-856-6646 x4560          Email *pabkr@brockandscott.com*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE: | |
| BRIANNA M LORA | Case No. 17-10009-amc |
| | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, | |
| Movant | |
| vs. | |
| BRIANNA M LORA, | |
| Debtor, | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Notice Of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

BRIANNA M LORA
1335 W OAK ST
NORRISTOWN, PA 19401-4256

The Curtis Center
601 WALNUT STREET SUITE 160 W
PHILADELPHIA, PA 19106

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com

Office of the U.S. Trustee , US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


<u>March 10, 2022</u>

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

## Motion For Relief Information

| | |
|---|---|
| Version # | |
| Last Revised Date: | 2/28/2022 |

### Loan Demographics

| Account Number | ▮ | Case Number | 1710009 | Property Address | 1335 WEST OAK STREET  NORRISTOWN PA 19401 |
|---|---|---|---|---|---|

### Bankruptcy Filing Information

| | | | Repeat Filer | No |
|---|---|---|---|---|

| Filed By | BRIANNA BROWN | Chapter Filed | Chapter 13 | Gov't Loan | No |
|---|---|---|---|---|---|
| | | Bankruptcy Filing Date | 1/3/2017 | POC Filing Date | 2/24/2017 |
| District | EASTERN DISTRICT OF PENNSYLVANIA | | | 1st Post Due Date | 2/1/2017 |
| Beneficiary (Action in the Name of) | | | | | |

### First Borrower

| | | | | Non-filing Co-Signer | |
|---|---|---|---|---|---|
| Name | BRIANNA   M BROWN | | SSN | ▮ | |

### Second Borrower

| | | | | Non-filing Co-Signer | |
|---|---|---|---|---|---|
| Name | | | SSN | 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 | |

| Payoff Figures as of: | | Delinquent Contractual/Post Petition Payments | | | | | |
|---|---|---|---|---|---|---|---|
| | | Date Due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Unpaid Balance | | | | | | | |
| Interest Amount | | 2/1/22 to 3/1/22 | $ 1,758.20 | $ 987.25 | $ 770.95 | 2 | $ 3,516.40 |
| Interest Rate | | | $ - | | | | $ - |
| Per Diem | | | $ - | | | | $ - |
| Escrow Advance | | | $ - | | | | $ - |
| Corporate Advance | | | $ - | | | | $ - |
| NSF | | | $ - | | | | $ - |
| Total Suspense* | | | $ - | | | | $ - |
| *Includes all Pre-Petition and Post - Petition Suspense | | Suspense** | $1,663.87 | | | | (1,663.87) |
| TOTAL | | TOTAL | | | | | $ 1,852.53 |
| | | *If Chapter 13, will include Post Petition Suspense | | | | | |
| | | **If Chapter 7, will include all suspense | | | | | |

| MFR Dates/Amount | | National Settlement Agreement* | |
|---|---|---|---|
| Contractual Due Date as per LSAMS | 1/1/2022 | Is this loan under the National Settlement Agreement? | |
| Current Post Petition Due date as per Post Ledger | 2/1/2022 | *All loans acquired from Bank of America effective January 1,2013. | |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | $ 1,758.20 | | |

| Other Information | | Right to Foreclosure Language* | |
|---|---|---|---|
| Property Treatment | Retained | e right to foreclose language in the Motion for Relief | |
| Property Status | Secured | | |
| Motion for Dismissal Filing Date | N/A | | |
| Pending Discharge | No | All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose. | |
| Trustee Pay All | No | | |
| Loss Mitigation Status | Not Active | | |
| Interest Amount at the Time of Filing | #REF! | | |

of any and all available denial letters are required in CA
equired.  IF for FL and MD,  breakdown for Corp Advances and Escrow Advances are required
al payment history is needed for one year prior to the contractual due date.

| Payment Address | All payments and mail | Comments |
|---|---|---|
| Nationstar Mortgage LLC | should be addressed as | |
| 350 Highland Drive | **ATTN: Bankruptcy Dept** | |
| Lewisville, Texas  75067 | | |
| **Correspondence Address** | | |
| Nationstar Mortgage LLC | | |
| PO Box 630267 | | |
| Irving, Texas 75063 | | |
| | Processed by | |

### Escrow Advances

| Escrow Account | Date | Recovery (Debit) | Advance (Credit) | Escrow Account | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Subtotals from Right Table | $0.00 | $0.00 |
| | | | | Subtotal Carried Forward from Left Table | | $0.00 | $0.00 |
| Subtotals from Left Table | | $0.00 | $0.00 | Subtotals | | $0.00 | $0.00 |
| Subtotals | | $0.00 | $0.00 | -Petition Escrow Advance Balance | | | $0.00 |

## Corporate Advances

| Description | Invoice Date | Amount | Description | Invoice Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Subtotal Carried Forward from Left Column | $0.00 |
| Subtotal | | $0.00 | Total Corporate Advances | | $0.00 |

| Motion For Relief Information | |
|---|---|
| *Pre-Petition Ledger* | |

| | BRIANNA BROWN |
|---|---|
| **Filed By:** | |
| **Case Number:** | 1710009 |
| **Filing Date:** | 1/3/2017 |

| | | Comments |
|---|---|---|
| **Payments** | $1,974.50 | $2.00 |
| AO payments | | |
| Post payments | | |
| NSF fees | | |
| Escrow | $997.39 | |
| filing fees | | |
| Attorney fees | | |
| Property Inspection | | |
| Title cost | | |
| Recoding fees | | |
| sheriff | | |
| Others | | |
| Suspense | | |
| **Total POC** | $2,971.89 | |

Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (Date) | | **$2,971.89** | (Date) | | | | | $0.00 | |
| 09/28/18 | $214.97 | $2,756.92 | | | | | $214.97 | $214.97 | |
| 10/26/18 | $239.00 | $2,517.92 | | | | | $239.00 | $453.97 | |
| 11/27/18 | $231.00 | $2,286.92 | | | | | $231.00 | $684.97 | |
| 01/30/19 | $231.00 | $2,055.92 | | | | | $231.00 | $915.97 | |
| 02/27/19 | $462.00 | $1,593.92 | | | | | $462.00 | $1,377.97 | |
| 03/25/19 | $231.00 | $1,362.92 | | | | | $231.00 | $1,608.97 | |
| 04/24/19 | $231.00 | $1,131.92 | | $   987.25 | $   498.70 | | ($1,254.95) | $354.02 | |
| 05/29/19 | $231.00 | $900.92 | | | | | $231.00 | $585.02 | |
| 06/28/19 | $225.00 | $675.92 | | | | | $225.00 | $810.02 | |
| 08/08/19 | $225.00 | $450.92 | | | | | $225.00 | $1,035.02 | |
| 08/26/19 | $225.00 | $225.92 | | | | | $225.00 | $1,260.02 | |
| 10/01/19 | $225.00 | $0.92 | | $   987.25 | $   498.69 | | ($1,260.94) | ($0.92) | |
| 11/01/19 | $0.92 | $0.00 | | | | | $0.92 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |
| | | $0.00 | | | | | $0.00 | ($0.00) | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | BRIANNA BROWN | Payment Changes | | | |
|---|---|---|---|---|---|
| Case Number: | 1710009 | From Date | To Date | Total | P&I Total |
| Filing Date: | 1/3/2017 | 1-Feb-17 | 1-Jan-18 | $1,643.87 | |
| | | 1-Feb-18 | 1-Jan-19 | $1,667.62 | |
| Payments in POC: | | 1-Feb-19 | 1-Jan-20 | $1,741.71 | |
| First Post Due Date: | 2/1/2017 | 1-Feb-20 | 1-Jul-20 | $1,715.93 | |
| | | 1-Aug-20 | 1-Jul-21 | $1,702.79 | |
| | | 1-Aug-21 | 1-Feb-22 | $1,758.20 | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | | | | $0.00 | $0.00 |
| 02/23/17 | $1,707.29 | | | $1,707.29 | | | | | $1,707.29 | $1,707.29 |
| 02/24/17 | | 02/01/17 | $1,643.87 | $63.42 | | $1,707.29 | | | ($1,707.29) | $0.00 |
| 04/17/17 | $1,000.00 | | | $1,063.42 | | | | | $1,000.00 | $1,000.00 |
| 05/01/17 | $707.29 | 03/01/17 | $1,643.87 | $126.84 | | | | | $707.29 | $1,707.29 |
| 06/13/17 | $1,100.00 | | | $1,226.84 | | | | | $1,100.00 | $2,807.29 |
| 06/22/17 | $4,000.00 | 04/01/17 | $1,643.87 | $3,582.97 | | | | | $4,000.00 | $6,807.29 |
| 06/22/17 | | 05/01/17 | $1,643.87 | $1,939.10 | | $1,707.29 | | | ($1,707.29) | $5,100.00 |
| 06/23/17 | | 06/01/17 | $1,643.87 | $295.23 | | $1,643.87 | | | ($1,643.87) | $3,456.13 |
| 06/23/17 | | | | $295.23 | | $1,643.87 | | | ($1,643.87) | $1,812.26 |
| 06/23/17 | | | | $295.23 | | | | | ($1,643.87) | $168.39 |
| 07/25/17 | $1,707.29 | 07/01/17 | $1,643.87 | $358.65 | | | | | $1,707.29 | $1,875.68 |
| 07/26/17 | | | | $358.65 | | $1,643.87 | | | ($1,643.87) | $231.81 |
| 09/01/17 | $1,643.87 | 08/01/17 | $1,643.87 | $358.65 | | | | | $1,643.87 | $1,875.68 |
| 09/05/17 | | | | $358.65 | | $1,643.87 | | | ($1,643.87) | $231.81 |
| 10/13/17 | $1,643.87 | 09/01/17 | $1,643.87 | $358.65 | | | | | $1,643.87 | $1,875.68 |
| 10/16/17 | | | | $358.65 | | $1,643.87 | | | ($1,643.87) | $231.81 |
| 11/13/17 | $1,642.87 | 10/01/17 | $1,643.87 | $357.65 | | | | | $1,642.87 | $1,874.68 |
| 11/14/17 | | | | $357.65 | | $1,643.87 | | | ($1,643.87) | $230.81 |
| 12/26/17 | $1,642.87 | 11/01/17 | $1,643.87 | $356.65 | | | | | $1,642.87 | $1,873.68 |
| 12/27/17 | | | | $356.65 | | $1,643.87 | | | ($1,643.87) | $229.81 |
| 01/23/18 | $1,000.00 | | | $1,356.65 | | | | | $1,000.00 | $1,229.81 |
| 02/02/18 | $643.00 | 12/01/17 | $1,643.87 | $355.78 | | | | | $643.00 | $1,872.81 |
| 02/05/18 | | | | $355.78 | | $1,643.87 | | | ($1,643.87) | $228.94 |
| 02/21/18 | $1,643.87 | 01/01/18 | $1,643.87 | $355.78 | | | | | $1,643.87 | $1,872.81 |
| 02/22/18 | | | | $355.78 | | $1,643.87 | | | ($1,643.87) | $228.94 |
| 04/06/18 | $500.00 | | | $855.78 | | | | | $500.00 | $728.94 |
| 04/10/18 | $1,200.00 | 02/01/18 | $1,667.62 | $388.16 | | | | | $1,200.00 | $1,928.94 |
| 04/11/18 | | | | $388.16 | | $1,643.87 | | | ($1,643.87) | $285.07 |
| 04/18/18 | $1,200.00 | | | $1,588.16 | | | | | $1,200.00 | $1,485.07 |
| | | | Agreed order entered(post payments from 3/1/18to 5/1/18 at $1667.62 total iao$5002.86, fees 1031, debtor shall pay the sum of $740.95 commensing on june 1, 2018. | $0.00 | | | | | $0.00 | $1,485.07 |
| 06/14/18 | $2,409.00 | 06/01/18 | $1,667.62 | $741.38 | | | | | $2,409.00 | $3,894.07 |
| 06/15/18 | | 06/01/18 | $ 740.95 | $0.43 | | $1,643.87 | | | ($1,643.87) | $2,250.20 |
| 07/09/18 | $2,409.00 | 07/01/18 | $1,667.62 | $741.81 | | | | | $2,409.00 | $4,659.20 |
| 07/10/18 | | 07/01/18 | $ 740.95 | $0.86 | | $1,667.62 | | | ($1,667.62) | $2,991.58 |
| 07/10/18 | | | | $0.86 | | $1,667.62 | | | ($1,667.62) | $1,323.96 |
| 08/14/18 | $2,409.00 | 08/01/18 | $1,667.62 | $742.24 | | | | | $2,409.00 | $3,732.96 |
| 08/15/18 | | 08/01/18 | $ 740.95 | $1.29 | | $1,667.62 | | | ($1,667.62) | $2,065.34 |
| 09/05/18 | $2,409.00 | 09/01/18 | $1,667.62 | $742.67 | | | | | $2,409.00 | $4,474.34 |
| 09/06/18 | | 09/01/18 | $ 740.95 | $1.72 | | $1,667.62 | | | ($1,667.62) | $2,806.72 |
| 10/16/18 | $2,409.00 | 10/01/18 | $1,667.62 | $743.10 | | | | | $2,409.00 | $5,215.72 |
| 10/17/18 | | 10/01/18 | $ 740.95 | $2.15 | | $1,667.62 | | | ($1,667.62) | $3,548.10 |
| 10/23/18 | | | | $2.15 | | $1,667.62 | | | ($1,667.62) | $1,880.48 |
| 11/20/18 | $2,409.00 | 11/01/18 | $1,667.62 | $743.53 | | | | | $2,409.00 | $4,289.48 |
| 11/21/18 | | 11/01/18 | $ 740.95 | $2.58 | | $1,667.62 | | | ($1,667.62) | $2,621.86 |
| 12/14/18 | $1,700.00 | | | $1,702.58 | | | | | $1,700.00 | $4,321.86 |
| 12/21/18 | | 12/01/18 | $1,667.62 | $34.96 | | $1,667.62 | | | ($1,667.62) | $2,654.24 |
| 01/15/19 | $700.00 | | | $734.96 | | | | | $700.00 | $3,354.24 |
| 02/12/19 | $1,754.77 | 01/01/19 | $1,667.62 | $822.11 | | | | | $1,754.77 | $5,109.01 |
| 02/13/19 | | | | $822.11 | | $1,667.62 | | | ($1,667.62) | $3,441.39 |
| 03/15/19 | $1,820.00 | 02/01/19 | $1,741.71 | $900.40 | | | | | $1,820.00 | $5,261.39 |
| 03/18/19 | | | | $900.40 | | $1,667.62 | | | ($1,667.62) | $3,593.77 |
| 03/18/19 | | | | $900.40 | | $1,667.62 | | | ($1,667.62) | $1,926.15 |
| 03/25/19 | | | | $900.40 | | | | | $0.00 | $1,926.15 |
| 03/25/19 | | | | $900.40 | | $1,667.62 | | | ($1,667.62) | $258.53 |
| 04/15/19 | $1,737.51 | 03/01/19 | $1,741.71 | $896.20 | | | | | $1,737.51 | $1,996.04 |
| 04/16/19 | | | | $896.20 | | $1,741.71 | | | ($1,741.71) | $254.33 |
| 05/15/19 | $1,741.71 | 04/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $1,996.04 |
| 05/16/19 | | | | $896.20 | | $1,741.71 | | | ($1,741.71) | $254.33 |
| 05/29/19 | | | | $896.20 | | | | | $0.00 | $254.33 |
| 06/14/19 | $1,741.71 | 05/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $1,996.04 |
| 06/17/19 | | | | $896.20 | | | | | $0.00 | $1,996.04 |
| 06/28/19 | | | | $896.20 | | | $ 321.47 | | ($321.47) | $1,674.57 |
| 07/15/19 | $1,741.71 | 06/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $3,416.28 |
| 07/16/19 | | | | $896.20 | | $1,741.71 | | | ($1,741.71) | $1,674.57 |
| 08/07/19 | | | | $896.20 | | | | | $0.00 | $1,674.57 |
| 08/08/19 | | | | $896.20 | | | | | $0.00 | $1,674.57 |
| 08/08/19 | | | | $896.20 | | | $ 225.00 | | ($225.00) | $1,449.57 |
| 08/16/19 | $1,741.71 | 07/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $3,191.28 |
| 08/19/19 | | | | $896.20 | | $1,741.71 | | | ($1,741.71) | $1,449.57 |
| 08/26/19 | | | | $896.20 | | | | | $0.00 | $1,449.57 |
| 09/13/19 | $1,741.71 | 08/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $3,191.28 |
| 09/16/19 | | | | $896.20 | | $1,741.71 | | | ($1,741.71) | $1,449.57 |
| 10/01/19 | | | | $896.20 | | | | | $0.00 | $1,449.57 |
| 10/15/19 | $1,741.71 | 09/01/19 | $1,741.71 | $896.20 | | | | | $1,741.71 | $3,191.28 |

| Date | Amount | Date | Amount | Amount | Amount | | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/19 | | | | $896.20 | | | | ($1,741.71) | $1,449.57 |
| 11/01/19 | | | | $896.20 | | | | $0.00 | $1,449.57 |
| 11/15/19 | $1,741.71 | 10/01/19 | $1,741.71 | $896.20 | | | | $1,741.71 | $3,191.28 |
| 11/18/19 | | | | $896.20 | | | | ($1,741.71) | $1,449.57 |
| 12/16/19 | $1,741.71 | 11/01/19 | $1,741.71 | $896.20 | $1,741.71 | | | $1,741.71 | $3,191.28 |
| 12/17/19 | | | | $896.20 | $1,741.71 | | | ($1,741.71) | $1,449.57 |
| 01/15/20 | $1,741.71 | | | $2,637.91 | | | | $1,741.71 | $3,191.28 |
| 01/16/20 | | 12/01/19 | $1,741.71 | $896.20 | $1,741.71 | | | ($1,741.71) | $1,449.57 |
| 01/31/20 | $194.12 | | | $1,090.32 | | | | $194.12 | $1,643.69 |
| 02/14/20 | $1,700.00 | 01/01/20 | $1,741.71 | $1,048.61 | | | | $1,700.00 | $3,343.69 |
| 02/17/20 | | | | $1,048.61 | $1,741.71 | | | ($1,741.71) | $1,601.98 |
| 03/13/20 | $1,700.00 | 02/01/20 | $1,715.93 | $1,032.68 | | | | $1,700.00 | $3,301.98 |
| 03/16/20 | | | | $1,032.68 | $1,741.71 | | | ($1,741.71) | $1,560.27 |
| 04/15/20 | $1,700.00 | | | $2,732.68 | | | | $1,700.00 | $3,260.27 |
| 04/16/20 | | 03/01/20 | $1,715.93 | $1,016.75 | $1,715.93 | | | ($1,715.93) | $1,544.34 |
| 05/12/20 | | | | $1,016.75 | | | | $0.00 | $1,544.34 |
| 05/12/20 | | | | $1,016.75 | | | | $0.00 | $1,544.34 |
| 05/15/20 | $1,700.00 | 04/01/20 | $1,715.93 | $1,000.82 | | | | $1,700.00 | $3,244.34 |
| 05/18/20 | | | | $1,000.82 | $1,715.93 | | | ($1,715.93) | $1,528.41 |
| 06/15/20 | $1,800.00 | 05/01/20 | $1,715.93 | $1,084.89 | | | | $1,800.00 | $3,328.41 |
| 06/16/20 | | | | $1,084.89 | $1,715.93 | | | ($1,715.93) | $1,612.48 |
| 07/15/20 | $1,800.00 | 06/01/20 | $1,715.93 | $1,168.96 | | | | $1,800.00 | $3,412.48 |
| 07/16/20 | | | | $1,168.96 | $1,715.93 | | | ($1,715.93) | $1,696.55 |
| 08/17/20 | $1,715.93 | 07/01/20 | $1,715.93 | $1,168.96 | | | | $1,715.93 | $3,412.48 |
| 08/18/20 | | | | $1,168.96 | $1,715.93 | | | ($1,715.93) | $1,696.55 |
| 09/16/20 | $1,800.00 | 08/01/20 | $1,702.79 | $1,266.17 | | | | $1,800.00 | $3,496.55 |
| 09/17/20 | | | | $1,266.17 | $1,715.93 | | | ($1,715.93) | $1,780.62 |
| 10/16/20 | $1,750.00 | 09/01/20 | $1,702.79 | $1,313.38 | | | | $1,750.00 | $3,530.62 |
| 10/19/20 | | | | $1,313.38 | $1,702.79 | | | ($1,702.79) | $1,827.83 |
| 11/16/20 | $1,750.00 | 10/01/20 | $1,702.79 | $1,360.59 | | | | $1,750.00 | $3,577.83 |
| 11/17/20 | | | | $1,360.59 | $1,702.79 | | | ($1,702.79) | $1,875.04 |
| 12/16/20 | $1,720.00 | 11/01/20 | $1,702.79 | $1,377.80 | | | | $1,720.00 | $3,595.04 |
| 12/17/20 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 01/15/21 | $1,702.79 | 12/01/20 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 01/19/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 02/12/21 | $1,702.79 | 01/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 02/15/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 03/15/21 | $1,702.79 | 02/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 03/16/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 04/15/21 | $1,702.79 | 03/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 04/16/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 05/14/21 | $1,702.79 | 04/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 05/17/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 06/15/21 | $1,702.79 | 05/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 06/16/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 07/15/21 | $1,702.79 | 06/01/21 | $1,702.79 | $1,377.80 | | | | $1,702.79 | $3,595.04 |
| 07/16/21 | | | | $1,377.80 | $1,702.79 | | | ($1,702.79) | $1,892.25 |
| 08/16/21 | $1,758.20 | 07/01/21 | $1,702.79 | $1,433.21 | | | | $1,758.20 | $3,650.45 |
| 08/17/21 | | | | $1,433.21 | $1,702.79 | | | ($1,702.79) | $1,947.66 |
| 09/15/21 | $1,758.20 | 08/01/21 | $1,758.20 | $1,433.21 | | | | $1,758.20 | $3,705.86 |
| 09/16/21 | | | | $1,433.21 | $1,702.79 | | | ($1,702.79) | $2,003.07 |
| 10/15/21 | $1,758.20 | 09/01/21 | $1,758.20 | $1,433.21 | | | | $1,758.20 | $3,761.27 |
| 10/18/21 | | | | $1,433.21 | $1,758.20 | | | ($1,758.20) | $2,003.07 |
| 11/15/21 | $1,758.20 | 10/01/21 | $1,758.20 | $1,433.21 | | | | $1,758.20 | $3,761.27 |
| 11/16/21 | | | | $1,433.21 | $1,758.20 | | | ($1,758.20) | $2,003.07 |
| 12/15/21 | $1,758.20 | 11/01/21 | $1,758.20 | $1,433.21 | | | | $1,758.20 | $3,761.27 |
| 12/16/21 | | | | $1,433.21 | $1,758.20 | | | ($1,758.20) | $2,003.07 |
| 01/18/22 | $1,988.86 | 12/01/21 | $1,758.20 | $1,663.87 | | | | $1,988.86 | $3,991.93 |
| 01/19/22 | | | | $1,663.87 | $1,758.20 | | | ($1,758.20) | $2,233.73 |
| 02/15/22 | $1,758.20 | 01/01/22 | $1,758.20 | $1,663.87 | | | | $1,758.20 | $3,991.93 |
| 02/16/22 | | | | $1,663.87 | $1,758.20 | | | ($1,758.20) | $2,233.73 |
| 02/28/22 | | | | $1,663.87 | $1,758.20 | | | ($1,758.20) | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |
| | | | | $1,663.87 | | | | $0.00 | $475.53 |

| | | | |
|---|---|---|
| **BK Filing Date** | Step 1 | Paste all the transactions from LS |
| | | Highlight the fees and costs that a |
| **Discharge Date** | Step 2 | positive amounts of the same fee |
| **PPFN Filed** | Step 3 | Once this is done, we will filter th |
| **Amount Claimed in PPFN** | Step 4 | We will verify each of the reamin |
| | | Update the suspense balance in r |
| **AO Filed** | Step 5 | transaction and place the funds ii |
| **Amount Claimed in AO** | Step 6 | Once all the adjustments are com |

| System Fees & Costs | | | | |
|---|---|---|---|---|
| **Type** | **Description** | **Amount** | **Transaction date** | **Claim Type** |
| 2B | ABLGA-BK/MFR Fee | -300 | 3/6/2017 | amount zeroe |
| 2B | ABLGA-BK/MFR Fee | 300 | 6/1/2017 | amount zeroe |
| 2B | ABLGA-BK/MFR Fee | -300 | 6/1/2017 | PPFN |
| 2B | ABLGA-BK/MFR Fee | -100 | 9/2/2021 | amount zeroe |
| 2B | ABLGA-BK/MFR Fee | 100 | 10/1/2021 | amount zeroe |
| 2B | ABLGA-BK/MFR Fee | -100 | 1/18/2022 | amount zeroe |
| 2B | ABLGA-BK/MFR Fee | 100 | 2/1/2022 | amount zeroe |
| 2K | ABLGA-POC Fees | -325 | 4/11/2017 | amount zeroe |
| 2K | ABLGA-POC Fees | 325 | 6/1/2017 | amount zeroe |
| 2K | ABLGA-POC Fees | -325 | 6/1/2017 | PPFN |
| 2R | CFLGA-Title Examintn | -95 | 3/16/2017 | amount zeroe |
| 2R | CFLGA-Title Examintn | 95 | 6/1/2017 | amount zeroe |
| 2R | CFLGA-Title Examintn | -95 | 6/1/2017 | not claimed |
| W2 | PPMAA-Service Fee | -200 | 1/24/2018 | amount zeroe |
| W2 | PPMAA-Service Fee | -75 | 1/24/2018 | amount zeroe |
| W2 | PPMAA-Service Fee | 275 | 2/1/2018 | amount zeroe |
| W2 | PPMAA-Service Fee | -75 | 7/17/2019 | amount zeroe |
| W2 | PPMAA-Service Fee | -200 | 7/17/2019 | amount zeroe |
| W2 | PPMAA-Service Fee | 275 | 8/1/2019 | amount zeroe |
| W2 | PPMAA-Service Fee | -200 | 1/27/2020 | amount zeroe |
| W2 | PPMAA-Service Fee | -75 | 1/27/2020 | amount zeroe |
| W2 | PPMAA-Service Fee | 275 | 2/3/2020 | amount zeroe |

SAMS door 95 below System Fees and Costs and adjust the data by doing Alt+D+E
are getting adjusted with each other or other fee code type bringing the balance t
e code type or the other fee code type to bring the total to minimum
he transactions by "No Fill" which will give us the transactions that requires adjustm

ing fees and costs with the Claim Type and update required columns and also adju

respective buckets after all the adjustments on the pencil ledger that is if there is a
n appropriate bucket as per the pencil ledger and then will apply the fees and cost

mpleted, apply the respective fees and costs from the respective suspense bucket

| | | | Discharge Adjustmen |
|---|---|---|---|
| Amount Claimed | Applied Contractually | Amount remaining | Paid By |
| ed | | | |
| ed | | | |
| | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| | | | |
| ed | | | |
| ed | | | |
| | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |
| ed | | | |

(Text to Column) and sort by Transaction Date

o minimum and matching with Door 03 , i.e. , check for corresponding

ments

ust the positive balances that were not highlighted.

a payment application using trustee suspense on post, we will reverse the

s that are remaining as per the POC or AO or PPFN

or move the uncollectible fees and costs to BL making a note of it.

| ts | | | |
|---|---|---|---|
| Suspense in respective bucket | Amount applied | Amount moved to BL | Amount Collectible |